United States District Court
Northern District of California

LEWIS CHARLES LEHNUS,

        Plaintiff,

    v.

CITY OF UNION CITY, et al.,

        Defendants.

Case No.: CV 14-00204-KAW

ORDER TO SHOW CAUSE

Plaintiff Lewis Charles Lehnus proceeds *pro se* in the above-captioned case. On January 21, 2014, Defendants filed a motion to dismiss. The motion is set for hearing on March 6, 2014.

Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on February 7, 2014. As of the date of this order, no opposition has been filed. Accordingly, the court vacates the hearing set for March 6, 2014 and orders Plaintiff to show cause why his case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this order to show cause by no later than March 7, 2014.

If Plaintiff wishes to oppose the pending motion to dismiss, Plaintiff shall also file an opposition by no later than March 7, 2014. The response to this order to show cause and the opposition should be filed as separate documents. Failure to timely file both documents may result in dismissal of this action. *See* Judge Westmore's General Standing Order ¶ 21 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

//
//
//
//
//

1   In addition, Plaintiff may wish to consult a manual the court has adopted to assist *pro se*
2   litigants in presenting their case. This manual, and other free information, is available online at:
3   *http://cand.uscourts.gov/proselitigants*.

   IT IS SO ORDERED.

Dated: February 14, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge