United States District Court
Northern District of California

LEWIS CHARLES LEHNUS,

    Plaintiff,

  v.

CITY OF UNION CITY, et al.,

    Defendants.

Case No.: CV 14-00204-KAW

ORDER DISCHARGING ORDER TO SHOW CAUSE

    Plaintiff Lewis Charles Lehnus proceeds *pro se* in the above-captioned case. (Compl., Dkt. No. 1.) On January 21, 2014, Defendants filed a motion to dismiss. (Def.'s Mot. Dismiss, Dkt. No. 6.) Because Plaintiff did not file an opposition by the scheduled deadline, the court vacated the hearing on the motion and issued an order to show cause why the case should not be dismissed for failure to prosecute. (Order, Dkt. No. 13.) In the order, the court instructed Plaintiff to file a written response to the order to show cause, as well as an opposition to the motion to dismiss, by no later than March 7, 2014. (*Id.* at 1.)

    Though Plaintiff did not file either document by that deadline, he did inform the court that he was having issues receiving his mail and that he had not received any filings in this case, including the order to show cause, which was originally mailed to him, at his correct address, on February 14, 2014. (*See* Certificate of Service, Dkt. No. 13-1). As a result, the Clerk mailed the order to Plaintiff again on March 12, 2014. (*See* Certificate of Service, Dkt. No. 13-2.)

    Plaintiff filed a letter on March 28, 2014, in which he states that he is "looking for an attorney to take the place of the attorney [he] selected but [who] now has health issues." (Pl.'s Letter, Dkt. No. 14.) He also indicates that he is seeking assistance from the "Alameda County Lawyer Search Network." *(Id.)*

Given the issues Plaintiff experienced with receiving his mail and his intention to retain counsel, the court excuses his untimely response to the order to show cause and further extends the deadline for him to file an opposition to the motion to dismiss. The court, however, hereby puts Plaintiff on notice that he is responsible for taking whatever steps are necessary to ensure that he has a reliable address where he can receive correspondence from the court regarding this case. In addition, he may request permission to file and receive court papers electronically as set forth in Civil Local Rule 5-1.

The February 14, 2014 order to show cause is hereby discharged. Plaintiff shall file a status report within 30 days. In that status report, Plaintiff shall indicate whether he has found an attorney willing to represent him in this matter. Upon receipt of Plaintiff's status report, the court will set a deadline for Plaintiff's opposition to the pending motion to dismiss, if appropriate.

IT IS SO ORDERED.

Dated: March 31, 2014

KANDIS A. WESTMORE
United States Magistrate Judge