United States District Court
Northern District of California

LEWIS CHARLES LEHNUS,

        Plaintiff,

        v.

CITY OF UNION CITY, et al.,

        Defendants.

Case No.: 4:14-cv-00204-KAW

ORDER REASSIGNING CASE TO A
DISTRICT JUDGE; REPORT AND
RECOMMENDATION TO DISMISS CASE
FOR FAILURE TO PROSECUTE

        Lewis Charles Lehnus ("Plaintiff") proceeds *pro se* in this action against the City of Union City and the City of Union City Police Department ("Defendants").  On January 21, 2014, Defendants filed a motion to dismiss.  (Defs.' Mot., Dkt. No. 6.)  Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on February 7, 2014.  As Plaintiff did not file an opposition by that deadline, the Court ordered Plaintiff (1) to show cause why his case should not be dismissed for failure to prosecute, and (2) file either an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss.  (Feb. 14, 2014 Order to Show Cause, Dkt. No. 13.)  Plaintiff was to file a written response to the order to show cause and either an opposition or a statement of non-opposition to the motion to dismiss by no later than March 7, 2014.  *(Id.)*

        Plaintiff did not file either document by that deadline, but he did inform the Court that he was having issues receiving his mail and that he had not received any filings in this case, including the order to show cause, which had been originally mailed to him, at his correct address, on February 14, 2014.

        On March 28, 2014, Plaintiff filed a response to the order to show cause, in which he indicated that he was looking for an attorney and seeking assistance through a local lawyer referral service.  (Pl.'s Response, Dkt. No. 14.)  Based on Plaintiff's response and the issues he was experiencing with his mail service, the Court discharged the order to show cause on March

United States District Court
Northern District of California

31, 2014.  (Mar. 31, 2014 Order, Dkt. No. 15.)  In the order, the Court put Plaintiff on notice that he is responsible for taking whatever steps are necessary to ensure that he has a reliable address where he can receive correspondence regarding this case and advised him that he can request permission to file and receive papers electronically pursuant to Civil Local Rule 5-1.  The Court also ordered Plaintiff to file, within 30 days, a status report stating whether he had found an attorney willing to represent him in this matter.  *(Id.)*

Plaintiff did not file a status report by the deadline, and the Court, once again, issued an order to show cause.  (May 21, 2014 Order to Show Cause, Dkt. No. 19.)  The Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and file an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss.  *(Id.* at 2.)  Plaintiff was to file both documents by no later than June 11, 2014.  *(Id.)*  As of the filing of this report and recommendation, Plaintiff has not filed anything in response to the June 11, 2014 order to show cause, and the motion to dismiss, filed on January 21, 2014, remains unopposed.

Therefore, the undersigned recommends that this case be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Furthermore, as Plaintiff has not consented to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c), this case shall be reassigned to a district judge.

Any party may file objections to this report and recommendation with the district judge within 14 days of being served with a copy.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); N.D. Civil L.R. 72-2.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *IBEW Local 595 Trust Funds v. ACS Controls Corp.*, No. C-10-5568 EDL, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011).

IT IS SO RECOMMENDED.

Dated: June 23, 2014

KANDIS A. WESTMORE
United States Magistrate Judge