United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEWIS CHARLES LEHNUS,

    Plaintiff,

    v.

UNION CITY POLICE DEPARTMENT, et al.,

    Defendants.

_____/

No. C 14-0204 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER DISMISSING CASE**

The court has reviewed Magistrate Judge Westmore's report and recommendation to dismiss this case for failure to prosecute. Plaintiff filed no objections within the time allowed under 28 U.S.C. § 636(b). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the case is DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 18, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge