UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEWIS CHARLES LEHNUS,

       Plaintiff,

   v.

UNION CITY POLICE DEPARTMENT, et al.,

       Defendants.
_____/

No. C 14-0204 PJH

**JUDGMENT**

The court having dismissed the above-entitled action pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute,

It is Ordered and Adjudged

that plaintiff Lewis Charles Lehnus take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: July 18, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge